FILED

08 JUN 19 PM 1:31

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Fordham
37666-86 B80
Kings County Jail
P.O. Box 1699
Hanford, CA 93230

May 08, 2008

Attn: Richard W. Wieking, Clerk
The Clerk of the court
United State District court
Northern district of California
1300 Clay Street, South
Oakland, California

Subject: "Emergency Request for Forms" And docket
Sheets of All Pending Cases

RE: (1) CV 07- 02111 MMC
    (2) CV 07- 02981 MMC
    (3) CV 07- 01446 MMC
    (4) CV 07- 3044 MMC

Dear Clerk:

Please I am Requesting for the Docket Sheets
of ALL the Above Cases and for Forms on Emergency Basis
I am unable to comply with perlier case status
I have been deprived and denied all my legal material
when I was improperly transferred to Kings county Jail.
(a) petition for writ of Habeas corpus, 28 USC § 2254
(b) petition for writ of Habeas corpus, 28 USC § 2241
(c) civil Rights Complaint Form, 42 USC § 1983/IFP
(d) Standard Form 95 - federal Tort Claim Act form.
Please Respond Asap    Respectfully, — Charles Fordham
                                        petitioner in pro per

